

**FILED**

3:24 pm, 3/10/23

**Margaret Botkins**
**Clerk of Court**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| STEPHEN P KELLY,<br><br>      Plaintiff,<br><br>VS.<br><br>FIRST BANK OF WYOMING, a Wyoming corporation, and,<br><br>FIRST BANK OF WYOMING TELLER SUPERVISOR, in her official capacity, also known as, Diann Schwantes,<br><br>      Defendants. | Case No. 22-CV-00258-ABJ |

### ORDER OF DISMISSAL WITHOUT PREJUDICE

      THIS MATTER comes before the Court on its own notice. On February 16, 2023, the Court entered its Order to Show Cause as to why Plaintiff's Complaint should not be dismissed for lack of jurisdiction under 28 U.S.C. § 1331. ECF No. 7. The Court required Plaintiff to provide additional briefing on this issue within twenty-one days[1] of the Order. *Id.* at 4. The Court did not receive any additional briefing on this matter from Plaintiff. Therefore, for the reasons stated in the Order to Show Cause, this matter is **DISMISSED** without prejudice. **IT IS FURTHER ORDERED** that Plaintiff's *Motion to Proceed in Forma Pauperis* (ECF No. 2), *Emergency Motion for Preliminary Injunction* (ECF No. 3),

---

[1] Plaintiff's briefing was due on March 9, 2023.

*Motion to Compel and Motion for Oral Arguments* (ECF No. 4), and *Motion to Direct Service of Process* (ECF No. 5) should be, and are, **DENIED** as **MOOT**. The Clerk of Court will please close this case.

Dated this 10th day of March, 2023.

Alan B. Johnson
United States District Judge